

ACCEPTED
15-25-00104-CV
FIFTEENTH COURT OF APPEALS
ANDREW S. "DREW" AUSTIN, TEXAS
drew.miller@kempsmith 6/26/2025 2:45 PM
512 320-5466
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/26/2025 2:45:13 PM
CHRISTOPHER A. PRINE
Clerk

June 26, 2025

*VIA ELECTRONIC FILING*

Re:     Court of Appeals Number: 15-25-00104-CV
        Trial Court Case Number: D-1-GN-24-004710

Dear Clerk:

I am filing this letter to let you know that I have paid the $205 filing fee for the Copy of the Notice of the Appeal.

Sincerely,

KEMP SMITH LLP

By:     Andrew S. "Drew" Miller

221 N. Kansas St.          2905 San Gabriel St.       3800 E. Lohman Ave.
Suite 1700                 Suite 205                  Suite C
El Paso, TX  79901         Austin, TX  78705          Las Cruces, NM  88011
915 533-4424               512 320-5466               575 527-0023
Kempsmith.com              Kempsmith.com              Kempsmith.com